**RUSHOVICH MEHTANI LLP**
ELIOT RUSHOVICH (SBN 252343)
AANAND MEHTANI (SBN 254556)
5900 Wilshire Blvd., Suite 2600
Los Angeles, California 90036-5013
Telephone:    (323) 330-0543
Facsimile:    (323) 395-5507
erushovich@rmlawpartners.com
amehtani@rmlawpartners.com

Attorneys for Plaintiff
Amylee Amos

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AMYLEE AMOS, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>PLANET DAILIES (LA), LLC, a Florida limited liability corporation; JAMES STANLEY, an individual; SAM JONES, an individual, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. CV-13-04308 PLA<br><br>**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**<br><br>[Stipulation filed concurrently]<br><br>Complaint Filed: June 14, 2013<br>Trial Date:    None Set |

1
[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### [PROPOSED] ORDER

The Court, having considered the Stipulation to Dismiss Case with Prejudice, and good cause appearing, hereby ORDERS THAT:

1. This case as to all defendants and all causes of action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1);
2. Each party is to bear its own attorneys' fees and costs; and
3. All future hearings are taken off calendar.

**IT IS SO ORDERED.**

Date:  December 11, 2013

*Paul L. Abrams*
_____
Hon. Paul Abrams
United States Magistrate Judge